AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

MIDDLE　　　　　　　　　　　　　DISTRICT OF　ALABAMA

JOEL McCLEASE

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 2:07CV19-MHT

V.

ALABAMA DEPARTMENT OF CORRECTIONS

TO: (Name and address of defendant)
Alabama Department of Corrections
301 S. Ripley Street
Montgomery, Alabama 36130-1501

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)
Jay Lewis, Esq.
847 South McDonough Street
Montgomery, Alabama 36104

an answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Debra P. Hackett　　　　　　　　　　1/5/07

CLERK　　　　　　　　　　　　　　　DATE

(BY) DEPUTY CLERK