IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION


JOEL McCLEASE,                          )
                                        )
        Plaintiff,                      )
                                        )        CIVIL ACTION NO.
        v.                              )        2:07cv19-MHT
                                        )
ALABAMA DEPARTMENT OF                   )
CORRECTIONS,                            )
                                        )
        Defendant.                      )

                            ORDER

    It is ORDERED that the motion for leave to amend

complaint (Doc. No. 7) is granted.  The court assumes

that the defendant has no objection to the allowance of

the amendment; however, if it does, it must file the

objection within seven days from the date of this order.

    DONE, this the 30th day of March, 2007.


                        /s/ Myron H. Thompson
                    UNITED STATES DISTRICT JUDGE