IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| JOEL McCLEASE, et al., | ) | |
| | ) | |
|    Plaintiffs, | ) | |
| | ) | CIVIL ACTION NO. |
|    v. | ) | 2:07cv19-MHT |
| | ) | |
| ALABAMA DEPARTMENT OF CORRECTIONS, | ) | |
| | ) | |
|    Defendant. | ) | |

ORDER

It is ORDERED that the motion to dismiss (Doc. No. 10) is denied. The issues in the motion are better addressed, after discovery, on a summary-judgment motion or at trial.

DONE, this the 10th day of May, 2007.

     /s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE