IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JOEL McCLEASE, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | CIVIL ACTION NO. |
| v. ) | 2:07-cv-019-MHT |
| ) | |
| ALABAMA DEPARTMENT OF ) | |
| CORRECTIONS, ) | |
| ) | |
| Defendant. ) | |

**DEFENDANT'S REQUEST FOR EXTENSION OF TIME**

Comes now the Alabama Department of Corrections, and moves this Honorable Court to grant a fourteen day extension of time to file its dispositive motion and would show as support the following:

1. That Defendant's dispositive motion is due in the case tomorrow, July 17, 2007. That counsel for the Defendant has had to devote the last week to preparing a dispositive motion in a very complicated consolidated conditions action arising in the United States District Court, Northern District. The dispositive motion deadline was incorrectly calendared as July 31, 2007, in Defendant counsel's calendar.

2. That this action involves complicated issues that require extensive dispositive motion preparations including but not limited to Title VII issues of gender discrimination, disparate treatment, adverse employment action, 'piggy-back' plaintiffs, voluminous depositions, and eighteen months of shift logs on all three shifts at the Staton Correctional Facility.

3. That the additional time of fourteen (14) days is needed by counsel to properly the Defendant's dispositive motion.

4. That counsel for the Defendant has attempted to contact counsel for the Plaintiff to ascertain whether or not he objects to this request for an extension of time but has not been successful. In an unrelated matter, this office was informed that Mr. Lewis was in trial all this week.

5. Counsel for the Defendant believes that the granting of this request for fourteen (14) additional days will not prejudice the Plaintiffs.

            Respectfully submitted,

            Kim T. Thomas
            General Counsel
            Deputy Attorney General

            /s/Albert S. Butler (BUT016)
            Albert S. Butler (BUT016)
            Assistant General Counsel
            Assistant Attorney General

**ADDRESS OF COUNSEL**

Alabama Department of Corrections
Legal Division
301 South Ripley Street
P. O. Box 301501
Montgomery, Alabama 36130-1501
(334) 353-3885

## Certificate of Service

I do hereby certify that on the 16th of July, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system,

And I hereby certify that I have mailed a copy of the forgoing via United States Mail properly addressed, postage prepaid first class to:

Jay Lewis, Esq.
Law Offices of Jay Lewis, LLC
Attorney for the Plaintiff
P. O. Box 5059
Montgomery, AL  36103

/s/Albert S. Butler (BUT016)
Albert S. Butler (BUT016)
Assistant General Counsel
Assistant Attorney General