IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| JOEL McCLEASE, et al., | ) | |
| | ) | |
|    Plaintiffs, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 2:07cv19-MHT |
| | ) | |
| ALABAMA DEPARTMENT OF CORRECTIONS, | ) | |
| | ) | |
|    Defendant. | ) | |

ORDER

It is ORDERED that the request for extension of time (Doc. No. 14) is granted.

DONE, this the 18th day of July, 2007.

                                 /s/ Myron H. Thompson
                              **UNITED STATES DISTRICT JUDGE**