IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JOEL McCLEASE, | ) |
| Plaintiff, | ) ) ) |
| v. | ) CASE NO. 07-019 |
| Alabama Department of Corrections, | ) ) ) |
| Defendants, | ) |

### CONFLICT DISCLOSURE STATEMENT

COMES NOW Alabama Department of Corrections, a Defendant in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

☐ This party is an individual, or

☒ This party is a governmental entity, or

☐ There are no entities to be reported, or

☐ The following entities and their relationship to the party are hereby reported:

| Reportable Entity | Relationship to Party |
|---|---|
| | |
| | |
| | |

7/25/2007
Date

/s/ Albert S. Butler
(Signature)

Albert S. Butler
(Counsel's Name)

Alabama Department of Corrections
Counsel for (print names of all parties)

P.O. Box 301501
Montgomery, AL 36140
Address, City, State Zip Code

334-353-3885
Telephone Number

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
<u>NORTHERN</u> DIVISION

## CERTIFICATE OF SERVICE

I, Albert S. Butler, do hereby Certify that a true and correct copy of the foregoing has been furnished by electronic mail (manner of service, i.e., U.S. Mail, electronic mail, etc.) on this 25th day of July 20 07, to:

Jay Lewis, Esq.

Law Offices of Jay Lewis, LLC

P.O. Box 5059

Montgomery, AL 36103

7/25/2007
Date

/s/ Albert S. Butler
Signature