IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JOEL McCLEASE, et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| vs. | ) CASE NO. 2:07-cv-019-MHT |
| | ) |
| ALABAMA DEPARTMENT | ) |
| OF CORRECTIONS, | ) |
| | ) |
| Defendant. | ) |

### DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

Comes now the Defendant and submits this motion for summary judgment as follows:

1. The Defendant submits that the Plaintiffs have not satisfied the prerequisites required under Title VII.

2. The Defendant submits that two of the Plaintiffs, Jacobs and Boddorf, are not proper plaintiffs under a theory of the 'single filing' or 'piggybacking'.

3. The Defendant submits that the Plaintiffs have not and can not prove a prima facie case of gender discrimination/disparate treatment, either through direct or indirect evidence.

4. The Defendant submits that the Plaintiffs have not and can not prove that females were not assigned to work the so-called dangerous dorms.

5. The Defendant submits that the Plaintiffs have not and can not prove that the so-called dangerous dorms are in fact more dangerous than other assignments.

6. The Defendant submits that the Plaintiffs have not and can not prove that females were given better evaluations than males as a result of not being assigned to work the so-called

1

dangerous dorms.

7. The Defendant submits that the Plaintiffs have not and can not prove that they suffered an adverse employment action as a result of females not being assigned to work the so-called dangerous dorms.

8. The Defendant submits that even if the Plaintiffs could meet the proof requirements of the elements of a prima facie case of gender discrimination/disparate treatment, the Defendant has proffered a non-discriminatory reason for its actions.

9. The Defendant submits that the Plaintiffs have not and can not produce evidence that the Defendant's non-discriminatory reason(s) is pretextual.

Wherefore the premises considered, along with the Defendant's brief in support of the motion for summary judgment, the Defendant prays this Honorable Court to grant summary judgment in its favor and that cost be assessed against the Plaintiffs.

Respectfully submitted,

Kim T. Thomas
General Counsel
Assistant Attorney General

/s/Albert S. Butler (BUT016)
Albert S. Butler (BUT016)
Assistant General Counsel
Assistant Attorney General

ADDRESS OF COUNSEL:
Alabama Department of Corrections
Legal Division

2

301 South Ripley Street
P. O. Box 301501
Montgomery, Alabama 36130-1501
(334) 353-3885

## CERTIFICATE OF SERVICE

I do hereby certify that on the 31st day of July, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system,

And I hereby certify that I have mailed a copy of the forgoing via United States Mail properly addressed, postage prepaid first class to:

Jay Lewis, Esq.
Law Offices of Jay Lewis, LLC
Attorney for the Plaintiff
P. O. Box 5059
Montgomery, AL  36103

/s/Albert S. Butler (BUT016)
Albert S. Butler (BUT016)
Assistant General Counsel
Assistant Attorney General