IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| JOEL McCLEASE, et al., | ) | |
| | ) | |
|    Plaintiffs, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 2:07cv19-MHT |
| | ) | |
| ALABAMA DEPARTMENT OF CORRECTIONS, | ) | |
| | ) | |
|    Defendant. | ) | |

ORDER

It is ORDERED that the motion for summary judgment (Doc. No. 18) is set for submission, without oral argument, on August 22, 2007, with any opposing brief and evidentiary materials due by said date.

DONE, this the 31st day of July, 2007.

                           /s/ Myron H. Thompson
                    UNITED STATES DISTRICT JUDGE