UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JOEL McCLEASE, et al.,               ) | |
|     Plaintiffs,               ) | |
|                     ) | |
|     v.               ) | Case No. 2:07-cv-19-MHT |
|                     ) | |
| ALABAMA DEPARTMENT               ) | |
| OF CORRECTIONS,               ) | |
|     Defendant               ) | |

**NOTICE CONCERNING SETTLEMENT CONFERENCE AND MEDIATION**

    COMES NOW Plaintiff, by and through counsel and reports to the Court as follows:

    As required by the Court's order, counsel for Plaintiff has met and conferred with counsel for defendant Alabama Department of Corrections, regarding the possibility of settling this case. At this point, it appears that settlement will not be possible. At this point, it does not appear that mediation will be useful in this case.

    RESPECTFULLY SUBMITTED on this the __16th__ day of August, 2007.

    /s/ JAY LEWIS
    Jay Lewis
    Law Offices of Jay Lewis, LLC
    P.O. Box 5059
    Montgomery, AL 36103
    (334) 263-7733 (Voice)
    (334) 832-4390 (Fax)
    J-lewis@JayLewisLaw.com
    ASB-2014-E66J

**CERTIFICATE OF SERVICE**

      I hereby certify that I have served the foregoing on the following counsel or parties by hand delivery, by facsimile, or by placing a copy of the same in the United States mail, properly addressed and first-class postage prepaid on this 16th day of August, 2007.

Albert S. Butler  
Alabama Department of Corrections  
P.O. Box 301501  
Montgomery, AL 36130-1501

                                  /s/ JAY LEWIS  
                                  Jay Lewis  
                                  Law Offices of Jay Lewis, LLC  
                                  P.O. Box 5059  
                                  Montgomery, AL 36103  
                                  (334) 263-7733 (Voice)  
                                  (334) 832-4390 (Fax)  
                                  J-lewis@JayLewisLaw.com  
                                  ASB-2014-E66J