UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JOEL McCLEASE, et al.,            ) | |
|       Plaintiffs,                 ) | |
|                                   ) | |
|       v.                          ) | Case No. 2:07-cv-19-MHT |
|                                   ) | |
| ALABAMA DEPARTMENT                ) | |
| OF CORRECTIONS,                   ) | |
|       Defendant                   ) | |

**MOTION TO WITHDRAW DOCUMENT # 22**

COMES NOW Plaintiff, by and through counsel and moves to withdraw Document # 22, as it was erroneously filed, and substitute therefor Document # 23.

Document # 22 is a Notice Concerning Settlement Conference and Mediation which belongs in a different case. Document # 23 is the correct Notice.

RESPECTFULLY SUBMITTED on this the __17th__ day of August, 2007.

/s/ JAY LEWIS
Jay Lewis
Law Offices of Jay Lewis, LLC
P.O. Box 5059
Montgomery, AL 36103
(334) 263-7733 (Voice)
(334) 832-4390 (Fax)
J-lewis@JayLewisLaw.com
ASB-2014-E66J

**CERTIFICATE OF SERVICE**

      I hereby certify that I have served the foregoing on the following counsel or parties by hand delivery, by facsimile, or by placing a copy of the same in the United States mail, properly addressed and first-class postage prepaid on this 17th day of August, 2007.

Albert S. Butler
Alabama Department of Corrections
P.O. Box 301501
Montgomery, AL 36130-1501

                                          /s/ JAY LEWIS
                                          Jay Lewis
                                          Law Offices of Jay Lewis, LLC
                                          P.O. Box 5059
                                          Montgomery, AL 36103
                                          (334) 263-7733 (Voice)
                                          (334) 832-4390 (Fax)
                                          J-lewis@JayLewisLaw.com
                                          ASB-2014-E66J