# UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF ALABAMA

### OFFICE OF THE CLERK

### POST OFFICE BOX 711

### MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK                                                                              TELEPHONE (334) 954-3600


NOTICE OF ERROR


To: Counsel of Record


Case Style: McClease v. Alabama Department of Corrections


Case Number: 2:07-cv-00019-MHT

Referenced Docket Entry - *** Notice of Mediation and Settlement Conference - Doc. No. 22

The referenced docket entry was filed electronically in ERROR on ***8/16/07***  and is being STRICKEN from the docket. This resulted in an error on the docket sheet because the wrong case no. and style of case was used. Please DISREGARD this docket entry and see doc. 23 for correction.