IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| JOEL McCLEASE, et al., ) | |
| ) | |
|    Plaintiffs, ) | |
| ) | CIVIL ACTION NO. |
| v. ) | 2:07cv19-MHT |
| ) | |
| ALABAMA DEPARTMENT OF ) | |
| CORRECTIONS, ) | |
| ) | |
|    Defendant. ) | |

ORDER

It is ORDERED that the motion to withdraw (Doc. No. 24) is granted.

DONE, this the 21st day of August, 2007.

                                        /s/ Myron H. Thompson
                                    **UNITED STATES DISTRICT JUDGE**