IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
JOEL McCLEASE, et al.,       )
                             )
    Plaintiffs,               )
                             )   CIVIL ACTION NO.
    v.                       )     2:07cv19-MHT
                             )
ALABAMA DEPARTMENT OF        )
CORRECTIONS,                 )
                             )
    Defendant.               )
```

ORDER

Because of a scheduling conflict, it is ORDERED that the uniform scheduling order is amended to reflect that the pretrial is on October 19, 2007, with all deadlines tied to that date adjusted accordingly.

DONE, this the 11th day of September, 2007.

   /s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE