IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JOEL McCLEASE, ET AL., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| vs. ) | CIVIL ACTION NO. |
| ) | 2:07-CV-19-MHT |
| ALABAMA DEPARTMENT ) | |
| OF CORRECTIONS, et al., ) | |
| ) | |
| Defendants. ) | |

## DEFENDANTS' SUMMARY OF BILL OF COSTS

Come now the Defendants, by and through the undersigned counsel, and submit the Defendants' Summary of the Bill of Costs as stated below. In accordance with the Local Rules of the United States District Court for the Middle District of Alabama, the undersigned has simultaneously filed the Bill of Cost form with the Clerk of the Court.

1. <u>Fees of the court reporter for all or any of the transcripts necessarily obtained for use in the case:</u>

| | |
|---|---:|
| Deposition of Plaintiff Joel McClease | $ 469.15 |
| Deposition of Plaintiff Malcolm Jacobs | 548.75 |
| Deposition of Defendant Leon Forniss | 95.60 |
| No Show Statement for the Record for Plaintiff John Boddorf | 14.25 |
| Deposition of Plaintiff John Earl Boddorf | 332.15 |
| Total fees of the Court Reporter | $1,459.90 |

1

2. <u>Fees for exemplification and copies of papers obtained for use in the case</u>

    Copies

|  |  |
|---|---:|
| Personnel files of Leon Forniss, John Earl Boddorf and Malcomb Jacobs | $ 200.00 |
| Shift logs for 23 months for 3 shifts | 1,035.00 |
| Total cost for copies | <u>$1,235.00</u> |

3.     Total Bill of Costs     <u>$2694.90</u>

                      Respectfully submitted,

                              Kim T. Thomas (THO115)
                              General Counsel
                              Assistant Attorney General

                              <u>/s/Albert S. Butler (BUT016)</u>
                              Albert S. Butler (BUT016)
                              Assistant General Counsel
                              Assistant Attorney General

**ADDRESS OF COUNSEL:**

Alabama Department of Corrections
Legal Division
301 South Ripley Street
P. O. Box 301501
Montgomery, Alabama 36130-1501
(334) 353-3885

## CERTIFICATE OF SERVICE

I do hereby certify that on the 30th day of October 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system,

    Jay Lewis, Esq.
    Law Offices of Jay Lewis, LLC
    Attorney for the Plaintiff
    P. O. Box 5059
    Montgomery, AL  36103

    /s/Albert S. Butler (BUT016)
    Albert S. Butler (BUTO16)
    Assistant General Counsel
    Assistant Attorney General

≈AO 133    (Rev. 8/06) Bill of Costs

# UNITED STATES DISTRICT COURT

__MIDDLE__ District of __ALABAMA NORTHERN DIVISION__

JOEL McCLEASE, et al.,

V.

ALABAMA DEPARTMENT OF CORRECTIONS

**BILL OF COSTS**

Case Number: 2:07-CV-19-MHT

Judgment having been entered in the above entitled action on __10/25/2007__ against __PLAINTIFFS__,
the Clerk is requested to tax the following as costs:

| | |
|---|---:|
| Fees of the Clerk | $ |
| Fees for service of summons and subpoena | |
| Fees of the court reporter for all or any part of the transcript necessarily obtained for use in the case | 1,459.90 |
| Fees and disbursements for printing | |
| Fees for witnesses (itemize on page two) | 0.00 |
| Fees for exemplification and copies of papers necessarily obtained for use in the case | 1,235.00 |
| Docket fees under 28 U.S.C. 1923 | |
| Costs as shown on Mandate of Court of Appeals | |
| Compensation of court-appointed experts | |
| Compensation of interpreters and costs of special interpretation services under 28 U.S.C. 1828 | |
| Other costs (please itemize) | |
| TOTAL $ | 2,694.90 |

SPECIAL NOTE: Attach to your bill an itemization and documentation for requested costs in all categories.

## DECLARATION

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy of this bill has been served on all parties in the following manner:

☐   Electronic service by e-mail as set forth below and/or.

☐   Conventional service by first class mail, postage prepaid as set forth below.

s/ Attorney: __/s/Albert S. Butler__

Name of Attorney: __Albert S. Butler__

For: __Alabama Deepartment of Corrections__                Date: __10/30/2007__
Name of Claiming Party

Costs are taxed in the amount of __$2,694.90__ _____ and included in the judgment.

_____                By: _____                _____
Clerk of Court                          Deputy Clerk                          Date

≈AO 133    (Rev. 8/06) Bill of Costs

# UNITED STATES DISTRICT COURT

| NAME, CITY AND STATE OF RESIDENCE | ATTENDANCE | | SUBSISTENCE | | MILEAGE | | Total Cost Each Witness |
|---|---|---|---|---|---|---|---|
| | Days | Total Cost | Days | Total Cost | Miles | Total Cost | |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | TOTAL | | $0.00 |

**WITNESS FEES (computation, cf. 28 U.S.C. 1821 for statutory fees)**

### NOTICE

**Section 1924, Title 28, U.S. Code (effective September 1, 1948) provides:**
"Sec. 1924. Verification of bill of costs."
    "Before any bill of costs is taxed, the party claiming any item of cost or disbursement shall attach thereto an affidavit, made by himself or by his duly authorized attorney or agent having knowledge of the facts, that such item is correct and has been necessarily incurred in the case and that the services for which fees have been charged were actually and necessarily performed."

**See also Section 1920 of Title 28, which reads in part as follows:**
    "A bill of costs shall be filed in the case and, upon allowance, included in the judgment or decree."

**The Federal Rules of Civil Procedure contain the following provisions:**
Rule 54 (d)
    "Except when express provision therefor is made either in a statute of the United States or in these rules, costs shall be allowed as of course to the prevailing party unless the court otherwise directs, but costs against the United States, its officers, and agencies shall be imposed only to the extent permitted by law. Costs may be taxed by the clerk on one day's notice. On motion served within 5 days thereafter, the action of the clerk may be reviewed by the court."

Rule 6(e)
    "Whenever a party has the right or is required to do some act or take some proceedings within a prescribed period after the service of a notice or other paper upon him and the notice or paper is served upon him by mail, 3 days shall be added to the prescribed period."

Rule 58 (In Part)
    "Entry of the judgment shall not be delayed for the taxing of costs."