```
        IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

           MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION


JOEL McCLEASE, et al.,        )
                              )
    Plaintiffs,               )
                              )         CIVIL ACTION NO.
    v.                        )          2:07cv19-MHT
                              )
ALABAMA DEPARTMENT OF         )
CORRECTIONS,                  )
                              )
    Defendant.                )
```

### ORDER

It is ORDERED that the motion to alter, etc., (Doc. No. 35) is set for submission, without oral argument, on November 9, 2007, with all briefs due by said date.

DONE, this the 5th day of November, 2007.

                                    /s/ Myron H. Thompson
                                  UNITED STATES DISTRICT JUDGE