IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JOEL McCLEASE, et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) CIVIL ACTION NO. |
| v. | ) 2:07-cv-019-MHT |
| | ) |
| ALABAMA DEPARTMENT OF | ) |
| CORRECTIONS, | ) |
| | ) |
| Defendant. | ) |

## MOTION FOR EXTENSION OF TIME

Comes now the Alabama Department of Corrections, and moves this Honorable Court for an extension of time of this Court's Order of November 5, 2007. (Doc. 36) The Defendant states as follows:

1. That counsel assigned to this case, Albert S. Butler, has been ill and out on sick leave, on November 5 and 6, 2007.

2. That counsel was not aware until late on November 6, 2007 of this Court's order that briefs are to be submitted by November 9, 2007.

3. That counsel for the Defendant has spoken with counsel for the Plaintiffs and that there is no objection to a short extension of time.

4. That counsel for the Defendant requests an extension of seven (7) calendar days.

5. That this short extension of time will not prejudice the Plaintiffs.

Wherefore the premises considered, the Defendant prays this Honorable Court will grant this extension of time.

1

Respectfully submitted,

Kim T. Thomas
General Counsel
Deputy Attorney General

/s/Albert S. Butler (BUT016)
Albert S. Butler (BUT016)
Assistant General Counsel
Assistant Attorney General

**ADDRESS OF COUNSEL**

Alabama Department of Corrections
Legal Division
301 South Ripley Street
P. O. Box 301501
Montgomery, Alabama 36130-1501
(334) 353-3885

## CERTIFICATE OF SERVICE

I do hereby certify that on the 6th of November, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system,

And I hereby certify that I have mailed a copy of the forgoing via United States Mail properly addressed, postage prepaid first class to:

Jay Lewis, Esq.
Law Offices of Jay Lewis, LLC
Attorney for the Plaintiff
P. O. Box 5059
Montgomery, AL  36103

/s/Albert S. Butler (BUT016)
Albert S. Butler (BUT016)
Assistant General Counsel
Assistant Attorney General