IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

JOEL McCLEASE, et al.,        )
                              )
    Plaintiffs,                )
                              )       CIVIL ACTION NO.
    v.                        )         2:07cv19-MHT
                              )
ALABAMA DEPARTMENT OF         )
CORRECTIONS,                  )
                              )
    Defendant.                )

ORDER

It is ORDERED as follows:

(1) The motion for extension of time (Doc. No. 37) is granted.

(2) The motion to alter, etc., (Doc. No. 35) is reset for submission, without oral argument, on November 16, 2007, with all briefs due by said date.

DONE, this the 8th day of November, 2007.

            /s/ Myron H. Thompson
        UNITED STATES DISTRICT JUDGE